AO 442 (Rev. 12/85) Warrant for Arrest    AUSA Diana L.W. Fernandez/FBI S/A Patrick Brodsky & S/A Chris Starrett

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

JEFFREY BASS

**WARRANT FOR ARREST**

CASE NUMBER 00-6309

CR-SEITZ

MAGISTRATE JUDGE GARBER

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __JEFFREY BASS__
Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with (brief description of offense) RICO conspiracy, illegal gambling business, money laundering conspiracy

in violation of Title __18__ United States Code, Section(s) 1962(d), 1955, 1956(h)

CLARENCE MADDOX
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Bail fixed at $100,000 Corporate Surety Bond with Nebbia

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

10/24/00 - Fort Lauderdale, Florida
Date and Location

BARRY S. SELTZER
by __UNITED STATES MAGISTRATE JUDGE__
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

