COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER — FORT LAUDERDALE

DEFT: Jeffrey Bass (J)#     CASE NO: 00-6309-CR-Seitz
AUSA: Brian McCormick/Diana Fernandez     ATTNY: Lothar Genge
AGENT:     VIOL: 18:1962,1963,1955,1956, 1957, 1511,894,892
PROCEEDING: Initial Appearance     BOND REC: 100,000 CSB w/Nebbia
BOND HEARING HELD – yes/no   Stip     COUNSEL APPOINTED:
BOND SET @ 25,000 CSB w/Nebbia + 500,000 PSB
CO-SIGNATURES: w/e
SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed or _____ x's a week/month by phone; _____ x's a week/month in person.
5) Random urine testing by Pretrial Services. X Treatment as deemed necessary;
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) _____ Halfway House _____ Electronic Monitoring

Reside @ current address
No illegal drugs or excessive alcohol

Govt Temm m/unseal Granted

Advised of charges

FILED by _____ D.C.
OCT 26 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| NEXT COURT APPEARANCE: | | | |
| INQUIRY RE COUNSEL: | 10/31 | 10 | Miami duty |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN/OR REMOVAL: | 10/31 | 10 | Miami duty |
| STATUS CONFERENCE: | | | |

DATE: 10-26-00    TIME: 11:00am    TAPE # 00-083   PG # @ around 600

Recall 2621 end 2958

#30 HL