UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309 Ch Seitz

UNITED STATES OF AMERICA,          :

v.                                  :          T̲E̲M̲P̲O̲R̲A̲R̲Y̲

                                    :          NOTICE OF ~~PERMANENT~~
                                               APPEARANCE AS COUNSEL
                                    :          OF RECORD

Jeffry Bass et. al.                 :

FILED by ___ D.C.
OCT 26 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

COMES NOW  Lothar R. Genge , and files this appear____ temporary counsel
for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings
arising out of the transaction with/which the defendant(s) is presently charged in the United States
District Court in and for the Southern District of Florida.
                              If permanently retained

Counsel hereby states that this appearance is unconditional and in conformity with the
requirements of Local General Rule 11.1(D) and Rule 4 of the Special Rules Governing the
Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file
a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless
relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS
FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATED:  10/26/00

Attorney  Lothar R. Genge
Address  320 SE 10th Ct.
City  Ft. Lauderdale  State  Fl  Zip 33316
Telephone  (954) 522-0418
Florida Bar No.  385832

The undersigned defendant(s) hereby consent(s) to the representation of the above counsel.

_____

_____

#49
HA