UNITED STATES DISTRICT COURT
Southern District of Florida

UNITED STATES OF AMERICA  ) Case Number: CR 00-6309 - Seitz
          Plaintiff       )
                          ) REPORT COMMENCING CRIMINAL
  -vs-                    )           ACTION
Jeffrey Howard Bass       )
                          )         55528-004
          Defendant

*********************************************************

TO: Clerk's Office    MIAMI   (FT. LAUDERDALE)   W. PALM BEACH
    U.S. District Court              (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
*********************************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 10/26/00  5:15 (am/pm)

(2) Languge Spoken: English

(3) Offense(s) Charged: USCS Title 18, 1962(d) 1955 + 1956

(4) U.S. Citizen  [✓] Yes   [ ] No   [ ] Unknown

(5) Date of Birth: 4/20/1954

(6) Type of Charging Document: (check one)
    [✓] Indictment   [ ] Complaint   To be filed/Already filed
    Case# 00-6309

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: Southern District of Florida

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [✓] YES  [ ] NO

Amount of Bond: $ $100,000.00
Who set Bond: Barry S. Seltzer

(7) Remarks: _____

(8) Date: 10-26-00   (9) Arresting Officer: Arthur D Hopewell

(10) Agency: FBI              (11) Phone: (954)545-1968

(12) Comments: _____