# United States District Court

SOUTHERN DISTRICT OF FLORIDA  517 870

UNITED STATES OF AMERICA

V.

JEFFREY BASS

**WARRANT FOR ARREST**

CASE NUMBER 00-6309

CR-SEITZ

MAGISTRATE JUDGE GARBER

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___JEFFREY BASS___
                                              Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with (brief description of offense) RICO conspiracy, illegal gambling business, money laundering conspiracy

in violation of Title __18__ United States Code, Section(s) 1962(d), 1955, 1956(h)

CLARENCE MADDOX
Name of Issuing Officer

*[signature: Jenny Butler]*
Signature of Issuing Officer

Bail fixed at $100,000 Corporate Surety Bond with Nebbia

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

10/24/00 - Fort Lauderdale, Florida
Date and Location

BARRY S. SELTZER
by  UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

*[signature]*

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at **Ft. Lauderdale, FL** |

| DATE RECEIVED 10/24/00 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone United States Marshal Southern District of Florida | SIGNATURE OF ARRESTING OFFICER *[signature]* Edward Purchase, SDUSM |
|---|---|---|
| DATE OF ARREST 10/26/00 | | |

#133