UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

vs.

JEFFREY BASS
        Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No: _On Bond_

Language: _____

The above-named Defendant appeared before **Magistrate Judge BROWN** where the defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:

Address: IN CUST.

Tel. No: _____

Defense Counsel:   Name: _Lothar Genge_
Address: _320 S.E. 10th Ct._
_Ft. L, FL 33316_
Tel. No: _(954) 522-0410_

Bond Set/Continued:   STIP. $50,000 PSB  &  $25,000 CSB
                                                         NEBBIA

DATED this _31st_ day of _OCTOBER_, 2000.

CLARENCE MADDOX, CLERK,

BY _STEPHAINE LEE_
       Deputy Clerk

c: Clerk for Judge
   U.S. Attorney
   Defense Counsel
   Pretrial Services

TAPE NO. _2000D-110-1150, 111-1_
DIGITAL START NO. _____