UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ

00 NOV 16 PM 4:35

CLA... ...DDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

UNITED STATES OF AMERICA

    Plaintiff,

v.

STEVE RAFFA,
    a/k/a "Uncle Steve,"
JOHN MAMONE,
    a/k/a "Big John,"
FRED MORGENSTERN,
DAVID MORGENSTERN,
JOSEPH SILVESTRI,
JULIUS BRUCE CHIUSANO,
MICHAEL BUCCINNA,
    a/k/a "Michael Boots,"
JEFFREY BASS,
    a/k/a "the Professor,"
FREDERICK SCAROLA,
GIUSEPPE BELLITTO,
    a/k/a "Joe Baldy,"
MARK CARATTINI,
PAUL DIFILIPPI,
ANSON KLINGER,
JOSEPH SPITALERI,
CHARLES CLAY,
PEGGY PRESTON,
MARK WEISS,
JACOLYN BARUCH, and
DAVID BELL,

    Defendants.
_____/

## NOTICE OF SERVICE OF PROTECTIVE ORDER

#227
HA

The United States hereby notifies the Court that the persons on the attached list were served with a copy of the October 27, 2000 protective order issued by this Court.

          Respectively submitted,

          GUY A. LEWIS
          UNITED STATES ATTORNEY

BY: _____
          WILLIAM H. BECKERLEG, JR.
          ASSISTANT U.S. ATTORNEY
          500 E. Broward Blvd., Suite 700
          Ft. Lauderdale, Florida 33394
          Tel: (954) 356-7314 ext. 3614
          Fax: (954) 356-7180
          Fla Bar No. A550007

Case No. 00-6309-CR-SEITZ

    A Protective Order Under Seal was served to the following individuals who represented individuals and/or companies as indicated below:

On 10/31/00 by Paralegal Specialist C.G. Mangiaracina (at the PTD hearing):

| | | |
|---|---|---|
| David Garvin | for | Steve Raffa, Rafaello "Tony" Raffa, and Sanjo Center, Sanjo Center, Inc. (and other assumed Raffa family members with interest) |
| David Rothman | for | John Mamone, Grace Mamone, Check Cashing Unlimited, Gateway Transportation Services, Inc. |

Michael Buccinna for Michael Buccinna and Check Cashing Unlimited

On 11/7/2000 by SA Chanin l. Waterman and PS Dolores Benzin, at Gateway Transportation Services, 7770 West Oakland Park Blvd:

John Manning  for  John Manning and Gateway Transportation Services

and at American Quick Cash Centers, 3591 N. Andrews Avenue, Oakland Park:

Rodolfo Rodriguez  for Cash 96 Corporation

On 11/10/2000 by PS Mangiaracina, via facsimile with confirmation:

Nathan Diamond    for Jason Crossen and Gold Coast Check Cashing Services

On 11/13/2000 by PS Mangiaracina, via facsimile with confirmation:

Steven Chaykin    for Fred Morgenstern

TOTAL P.02