UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

JEFFREY BASS, et al.,
_____/

FILED by ___ D.C.
JAN 31 2001
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. MIAMI

ORDER OF REFERENCE TO MAGISTRATE JUDGE

Pursuant to 28 U.S.C.§ 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned cause is hereby referred to The Honorable Barry L. Garber to take all necessary and proper action as required by law and/or to submit a Report and Recommendation to this Court regarding Government's Motion to Disqualify Attorney Lothar R. Genge.

The motion sets forth serious issues which could reflect on the integrity of the judicial system. While this matter is not currently set for trial, the next status/case management conference at which the Court plans to set the trial date is set for February 6, 2001.

DONE AND ORDERED this 31st day of January, 2001.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
The Honorable Barry L. Garber
Counsel of Record