UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-Seitz/Garber

UNITED STATES OF AMERICA,

v.

JEFFREY BASS, et al.,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court by Order of Reference from United States District Judge Patricia A. Seitz. Pursuant to such reference the Court has received the government's Motion to Disqualify Attorney Lothar R. Genge, dated January 26, 2001. Upon due consideration of same, it is hereby

ORDERED that a hearing will be held on said motion on Wednesday, the 21st day of February, 2001 at 3:30 P.M. in Courtroom VII, United States Courthouse, 300 N.E. 1st Avenue, Miami, Florida 33132.

DONE AND ORDERED in Chambers at Miami, Florida this 1st day of February, 2001.

                              BARRY L. GARBER
                              UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Judge Seitz
Counsel of record