UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-Seitz/Garber

UNITED STATES OF AMERICA,

v.

JEFFREY BASS, *et al.*,

    Defendants.

_____/

## ORDER

    THE COURT has received the Agreed to Motion for Extension of Time to File Response to Government's Motion to Disqualify Attorney Lothar R. Genge. Upon due consideration of same, it is hereby

    ORDERED that the aforesaid Motion is GRANTED, and said response shall be filed on or before February 20, 2001. The parties are reminded that a hearing on the government's Motion is presently scheduled for Wednesday, February 21, 2001 at 3:30 P.M. The response shall be delivered to the undersigned's chambers no later than 5:00 p.m. on February 20, 2001.

    DONE AND ORDERED in Chambers at Miami, Florida this 6th day of February, 2001.

BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Judge Seitz
Counsel of record