UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6309-CR-SEITZ(s)/GARBER

UNITED STATES OF AMERICA,

vs.

JEFFREY BASS
          Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No: 55528-004

Language: English

    The above-named Defendant appeared before **Magistrate Judge DUBE'** where the defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

    Defendant:    Address: ON BOND

                    Tel. No:

    Defense Counsel:    Name: LOTHAR R. GENGE ESQ.

                    Address: 320 SE 10TH STREET
                               FT. LAUDERDALE, FL., 33316

                    Tel. No: (954) 522-0418

    Bond Set/Continued:    $25,000 CSB & $500,000 PSB

DATED this 6th day of FEBRUARY, 2001.

CLARENCE MADDOX, CLERK,

BY    NANCY J. FLOOD
        Deputy Clerk

c: Clerk for Judge
   U.S. Attorney
   Defense Counsel
   Pretrial Services

TAPE NO. 2001H-7
DIGITAL START NO. 1070