UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
          Plaintiff,

v.                          CASE NO. 00-6309-CR-SEITZ/GARBER

JEFFREY BASS, et al.
          Defendants.
_____/

### AGREED TO MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO GOVERNMENT'S MOTION TO DISQUALIFY ATTORNEY LOTHAR R. GENGE

COMES NOW the defendant Jeffrey Bass, by and through his undersigned counsel, and files this agreed to motion for an extension of time through February 20, 2001, for the defendant to file his response in opposition to the government's motion to disqualify Lothar R. Genge as his attorney in this case, and states as follows:

1. On January 31, 2001, the undersigned received a copy of the government's lengthy motion to disqualify him from representing Jeffrey Bass in this case involving allegations against alleged members of the Trafficante LCN Family. The government's motion is predicated upon an alleged conflict of interest arising out of



1

the undersigned's participation as an Assistant U.S. Attorney in 1994-1996 in an unrelated investigation of Nicholas Corozzo and the Gambino LCN Family. According to the government, the Gambino investigation "is inextricably intertwined with the pending prosecution because both investigations involved the use of [Louis] Maione as a cooperating witness."

2. If the facts alleged are as represented, the government's motion sets forth serious issues which could reflect upon the integrity of the judicial system. At the same time, the Sixth Amendment creates a presumption in favor of a defendant's right to be represented by the attorney of his choice.

3. Therefore, in view of the substantial interests involved, the government's motion requires a full and detailed factual and legal response. However, the undersigned will be on a pre-paid ski trip to Chamonic, France from February 2 through February 10, 2001, and requires additional time to fully respond to the government's motion.

4. The undersigned has spoken with AUSA Michael J. Dittoe and has been authorized by Mr. Ditto to inform this Court that the government has no objection to an extension of time through February 20, 2001 for the defendant to file his response in opposition to the government's motion to disqualify the undersigned from representing Jeffrey Bass in this case.

2

WHEREFORE, defendant Jeffrey Bass respectfully requests that this Honorable Court grant his instant motion and grant him an extension of time through February 20, 2001 to file his response to the government's motion.

                Respectfully submitted,

                _____
                LOTHAR R. GENGE Esq.
                Attorney for Jeffrey Bass
                Florida Bar No. 385832
                1020 Russell Drive
                Highland Beach, Florida 33487
                Tel. (561) 276-7038
                Fax (561) 279-2105

## CERTIFICATE OF SERVICE

I HEREBY certify that a true and correct copy of the foregoing was mailed this 1st day of February, 2001 to:

| | |
|---|---|
| David Rothman, Esq.<br>First Union Financial Ctr.<br>200 S. Biscayne Blvd., Ste 2690<br>Miami, Fl. 33131<br>(Counsel for John Mamone) | Charles Wender, Esq.<br>190 W. Palmetto Park Road<br>Boca Raton, Fl. 33432<br>(Counsel for Giuseppe Bellitto) |
| John Howes, Esq.<br>633 S.E. Third Ave., Suite 4F<br>Fort Lauderdale, Fl. 33302<br>(Counsel for Fred Morgenstern) | James Benjamin, Esq.<br>1 Financial Plaza, Ste 1615<br>Fort Lauderdale, Fl. 33394<br>(Counsel for Mark Carattini) |

Ana M. Jones, Esq.  
Bayside Plaza, Ste 625  
330 Biscayne Blvd.  
Miami, Fl. 33132  
(Counsel for David Morgenstern)

Emmanuel Perez, Esq.  
2121 Ponce de Leon Blvd., Ste 290  
Coral Gables, Fl. 33134  
(Counsel for Joseph Silvestri)

Donald R. Spadaro, Esq.  
1000 S. Federal Hwy., Ste 103  
Fort Lauderdale, Fl. 33316  
(Counsel for Julius Chiusano)

Brian L. Tannebaum, Esq.  
First Union Financial Center  
200 So. Biscayne Blvd., Ste 2690  
Miami, Fl. 33131  
(Counsel for Michael Buccinna)

John F. Cotrone, Esq.  
509 S.E. 9th St., Ste 1  
Fort Lauderdale, Fl. 33316  
(Counsel for Michael Buccinna)

Steve Kreisberg, Esq.  
3250 Mary St., Ste 400  
Coconut Grove, Fl. 33133  
(Counsel for Peggy Preston)

David G. Vinikoor, Esq.  
420 S.E. 12th Street  
Fort Lauderdale, Fl. 33316  
(Counsel for Jacolyn Baruch)

Peter Raben, Esq.  
2665 S. Bayshore Dr., Ste 1206  
Coconut Grove, Fl. 33133  
(Counsel for Paul DiFilippi)

Neil M. Mamroff, Esq.  
100 S.E. 2nd Ave., Ste 3350  
Miami, Fl. 33131  
(Counsel for Anson Klinger)

Brian H. Bieber, Esq.  
2600 Douglas Rd., PH 1  
Coral Gables, Fl. 33134  
(Counsel for Joseph Spitaleri)

Jon May, Esq.  
200 East Broward Blvd.  
Suite 1210  
Fort Lauderdale, Fl. 33301  
(Counsel for Charles Clay)

Richard Hamar, Esq.  
Maria Hamar, Esq.  
2437 Briarcrest Rd.  
Beverly Hills, Ca. 90210  
(Counsel for Charles Clay)

Philip R. Horowitz, Esq.  
12651 S. Dixie Hwy., Ste 328  
Miami, Fl., 33156  
(Counsel for Mark Weiss)

Jeffrey M. Harris, Esq.  
One East Broward Blvd.,  
Suite 1500  
Fort Lauderdale, Fl. 33301  
(Counsel for David Bell)

J. Brian McCormick, AUSA
U.S. Attorney's Office
500 East Broward Blvd. Ste 700
Fort Lauderdale, Fl. 33394

_____
Lothar R. Genge