CRIMINAL MINUTES/CALENDAR
UNITED STATES DISTRICT COURT

THE HONORABLE BARRY L. GARBER PRESIDING

Time: 3:30 pm
END: 4:28 pm

CASE NO. 00-6309-CR-SEITZ(s)        DATE: February 21, 2001

CLERK: Karen Sussmann              REPORTER/TAPE NO. 01C: 14-1209

PTS/USPO: NONE                     INTERPRETER: NONE         15-1

UNITED STATES OF AMERICA vs. JEFFREY BASS (BOND)

AUSA:   J. Brian McCormick
        MICHAEL DITTOE

DEFENDANT(S) COUNSEL:   LOTHAR R. GENGE, ESQ.

DEFENDANT(S) PRESENT __X__ NOT PRESENT _____ IN CUSTODY _____

REASON FOR HEARING:   MOTION TO DISQUALIFY ATTORNEY
                      LOTHAR R. GENGE

RESULTS OF HEARING: Arg held. O/A heard. Court denies Gov't Application to removal any witness from the courtroom. Gov't proffers - defense proffers - matter taken under advisement.

Trial is set for 2/6/02.

353