

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

OT  MAR 14  AM 0 53

UNITED STATES OF AMERICA,

CASE NO: 00-6309(S)-CR-SEITZ

    Plaintiff,

vs.

JEFFREY BASS,

    Defendant.

_____/

### NOTICE OF APPEARANCE

TO:   THE CLERK OF THE COURT:

    MICHAEL TARRE, P.A., Two South Biscayne Blvd., Suite 3250,

Miami, FL 33131, enters its appearance as counsel for Jeffrey Bass and

requests that all notices concerning this case be forwarded to counsel.

              Respectfully submitted,

              Michael Tarre, P.A.

              _____
              Michael Tarre

                     Two South Biscayne Boulevard
                     Suite 3250
                     Miami, Florida 33131
                     Telephone:  (305) 442-8255
                     Facsimile:  (305) 445-8668

              Counsel for Jeffrey Bass

MICHAEL TARRE, P.A.
ATTORNEY AT LAW
TWO SOUTH BISCAYNE BLVD.
SUITE 3250
MIAMI, FLORIDA 33131

(305) 442-8255

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this Notice of

Appearance was mailed on March 12, 2001, to: J. Brian McCormack, Assistant

United States Attorney, 500 East Broward Boulevard, Seventh Floor,

Ft. Lauderdale, FL 33394.

_Michael Tarre_
Michael Tarre

MICHAEL TARRE, P.A.
ATTORNEY AT LAW
TWO SOUTH BISCAYNE BLVD.
SUITE 3250
MIAMI, FLORIDA 33131

(305) 442-8255