UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO: 00-6309(S)-CR-SEITZ

    Plaintiff,

vs.

JEFFREY BASS,

    Defendant.

_____/



### JEFFREY BASS'S MOTION TO TRAVEL

Jeffrey Bass seeks an order from the Court allowing him to travel to Orange County, Florida, on April 6, 2001, returning to Miami-Dade County on April 10, 2001. Mr. Bass wishes to travel outside the Southern District of Florida, (to "Universal Studios"), on those dates with his wife, two children (ages three and fourteen) and a niece, for a vacation.

If the Court grants this motion, Mr. Bass will be staying at the "Portofino Hotel" on the grounds of, or near, the Universal Studios in Orlando, Florida.

Counsel for the government has no objection to this motion.

ICHAEL TARRE, P.A.
ATTORNEY AT LAW
SOUTH BISCAYNE BLVD.
SUITE 3250
IAMI, FLORIDA 33131

(305) 442-8255

Respectfully submitted,

MICHAEL TARRE, P.A.

*Michael Tarre*
Michael Tarre

> One Biscayne Tower, Suite 3250
> Two South Biscayne Boulevard
> Miami, Florida 33131
> (Florida Bar No: 106193)
> Tel: (305) 442-8255
> Fax: (305) 445-8668
> Counsel For Jeffrey Bass

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of Jeffrey Bass's Motion to Travel was mailed and sent by facsimile to:

> Assistant United States Attorney Brian McCormack
> 500 East Broward Boulevard, Suite 700
> Ft. Lauderdale, Florida 33394
> Telephone: (954) 356-7255
> Facsimile: (954) 356-7336

on April 2, 2001.

*Michael Tarre*
Michael Tarre

CHAEL TARRE, P.A.
ATTORNEY AT LAW
SOUTH BISCAYNE BLVD.
SUITE 3250
AMI, FLORIDA 33131

(305) 442-8255