UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-Seitz/Garber

UNITED STATES OF AMERICA,

v.

STEVE RAFFA, et al.,

    Defendants.
_____/



## ORDER

THIS CAUSE was before the Court this date for a Status Conference to resolve issues pertaining to discovery and motion practice. Counsel for all of the CJA defendants and the government were in attendance.

In order to minimize a duplication of efforts in this multi-defendant case and by agreement of all of the parties in this cause, it is hereby

ORDERED as follows:

1. David P. Rothman, Esquire and Jeffrey M. Harris, Esquire shall serve as lead counsel in this cause for motion practice.

2. All counsel shall meet and confer regarding motions that are common to all defendants and not contemplated by the Court's Standing Discovery Order. Such motions shall be filed by Mr. Rothman and/or Mr. Harrison on behalf of all CJA defendants unless individual defendants elect not to be so included in a particular motion. Following the filing of a response by the government, defense lead counsel may file a reply thereto.

3. Any defendant may file any separate motions that are directed toward a particularized need of such defendant but shall not include any matters set forth in the motions referred to in paragraph 2 above.

4. Counsel shall confer with the government prior to filing motions in an effort to resolve such issues without the necessity of judicial intervention.

DONE AND ORDERED in Chambers at Miami, Florida this 31st day of May, 2001.

BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Judge Seitz
Counsel of record