T.H

00 6309-CR-Seitz

| | | |
|---|---|---|
| AO82 (Rev. 4/90) | ORIGINAL<br>RECEIPT FOR PAYMENT<br>UNITED STATES DISTRICT COURT<br>for the<br>SOUTHERN DISTRICT OF FLORIDA | 227591 |

at Miami

RECEIVED FROM Harry M. Solomon
799 Brickell Plaza
Miami, Fl 33131
USA (s) John Mahone

Fund CK#1203

| Fund | | ACCOUNT | AMOUNT |
|---|---|---|---|
| 6855XX | Deposit Funds | | 20,000.00 |
| 604700 | Registry Funds | | |
| | General and Special Funds | | |
| 508800 | Immigration Fees | | |
| 085000 | Attorney Admission Fees | | |
| 086900 | Filing Fees | TOTAL | 20,000.00 |
| 322340 | Sale of Publications | Case Number or Other Reference | |
| 322350 | Copy Fees | 00-6309-CR-Seitz | |
| 322360 | Miscellaneous Fees | | |
| 143500 | Interest | | |
| 322380 | Recoveries of Court Costs | | |
| 322386 | Restitution to U.S. Government | | |
| 121000 | Conscience Fund | | |
| 129900 | Gifts | | |
| 504100 | Crime Victims Fund | | |
| 613300 | Unclaimed Monies | | |
| 510000 | Civil Filing Fee (½) | | |
| 510100 | Registry Fee | | |

Per Court Order
To be Invested

$ Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

DATE 07/23/20  Cash  Check ✓  M.O.  Credit  DEPUTY CLERK  Hamilton

477