UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

Jeffrey Kass

CASE NO. 00-6309-cr-Seitz

NOTICE OF SENTENCING DATE

TO: DEFENDANT, DEFENSE COUNSEL, AND U.S. ATTORNEY'S OFFICE

By the direction of the Honorable __Patricia A. Seitz__, United States District Judge, YOU ARE HEREBY ORDERED to appear in the United States District Court for the Southern District of Florida on __Jan 11__, 20 __02__ at __8:30 A__. M. for imposition of sentence. On that date, report to the U.S. District Courthouse, __5th Floor__, 301 N. Miami Avenue, Miami, FL 33128-7788, where sentence will be imposed. You will receive no further notice.

If the above-named defendant has executed a bond with this Court, let this notice advise the defendant that failure to appear as directed herein could result in his/her being charged with a violation of the Comprehensive Crime Control Act (18 U.S.C. Sec. 3146), which carries a maximum sentence of up to ten (10) years' imprisonment and a fine of $250,000, or both, if convicted.

IT IS FURTHER ORDERED that a Presentence Investigation and Report to this Court will be completed. DEFENSE COUNSEL ARE TO REPORT THIS DATE TO THE UNITED STATES PROBATION OFFICE OF THE COURT FOR INTERVIEW AND FURTHER INSTRUCTION TO ROOM 315 OF THE OLD COURTHOUSE. IF ON BOND, THE DEFENDANT SHALL REPORT TO THE PROBATION OFFICE ALSO.

IT IS FURTHER ORDERED that the U.S. Attorney's Office immediately provide the U.S. Probation Department the necessary information to prepare the Prosecution Section of the Presentence Report.

Clerk, United States District Court

BY: _____
Courtroom Deputy Clerk

DATE: __10/11/01__
COUNSEL: __D. Tripp__
RECEIVED: __In Court__
(Defendant)

GUILTY PLEA   ☑ BOND                    ☑ TO COUNT(S) _____
TRIAL         ☐ FEDERAL CUSTODY         ☐ TO TOTAL COUNTS _____
NOLO PLEA     ☐ STATE CUSTODY           ☐ ASST. U.S. ATTY _____
              ☐ U.S.M. CUSTODY          ☐

Copies to:   United States Attorney        United States Marshal
             Probation Department          Pre-Trial Services
             Defense Counsel               Defendant