CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ

FILED by _____ D.C.
DEC 1 4 2001
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA - MIAMI

Case No. 00-6309-Cr      Date 12/14/01
Clerk L. Webb           Reporter D. Ehrlich
USPO ____               Interpreter ____
USPTS ____

AUSA B. McCormick /      Def. Atty. All As represented.
     D. Fernandez

United States of America v. Mamone, et al

Defendant(s): Present ____ Not Present X   In Custody ____
Reason for Hearing  Status Conf.

Results of Hearing: Mamone will enter plea of guilty. Seken may have a problem with Feb date since he just came into case. Joseph + Doreen Russo req. that motions pending before BLG be deferred as this case may be resolved - will defer to BLG as long as hrg is held in Jan if no plea.

Misc. O'Sullivan may plead - asks that m/ sever be deferred - Court defers to BLG. Carretini will most likely plead. Benjamin's m/ to file late m/adopt is denied.

