JBM:df

**NIGHT BOX FILED**
MAR 27 2002
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ/GARBER(S)(S)

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JEFFREY BASS,

        Defendant.

_____

**GOVERNMENT'S UNOPPOSED MOTION TO
CONTINUE SENTENCING HEARING FOR SIXTY DAYS**

The United States of America, through its undersigned Assistant United States Attorneys, respectfully files this Motion to Continue Sentencing hearing for sixty days, and in support thereof, states as follows:

1. On October 2, 2001, the defendant entered a guilty plea to Count 2 of the superseding indictment in this case. Part of the plea agreement included that the defendant would provide substantial assistance.

2. The Court set April 11, 2002, for sentencing.

3. The government requests that the Court continue the sentencing of defendant Bass to enable him to complete his cooperation, which includes testifying at trial.

Respectfully submitted,

GUY E. LEWIS
UNITED STATES ATTORNEY

By: _____
J. BRIAN McCORMICK
ASSISTANT UNITED STATES ATTORNEY
Court I.D. #A5500084
500 East Broward Blvd., Suite 700
Fort Lauderdale, FL 33394
Telephone: (954) 356-7392
Fax: (954) 356-7230

By: _____
DIANA L.W. FERNANDEZ
ASSISTANT UNITED STATES ATTORNEY
Court I.D. #A5500017
500 East Broward Blvd., Suite 700
Fort Lauderdale, FL 33394
Telephone: (954) 356-7392
Fax: (954) 356-7230

CERTIFICATE OF SERVICE

I HEREBY certify that a true and correct copy of the foregoing was mailed this 26th day of March, 2002 to:

Michael Tarre, Esq.
Two South Biscayne Blvd., Suite 3250
Miami, FL 33131
(Counsel for Jeffrey Bass)

J. BRIAN McCORMICK
ASSISTANT UNITED STATES ATTORNEY