UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ/GARBER(S)(S)

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JEFFREY BASS,

        Defendant.
_____

FILED by ___ D.C.
APR 2 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

<u>ORDER</u>

THIS MATTER having come before the Court on the government's unopposed motion to continue sentencing date.

After careful consideration, it is

ORDERED and ADJUDGED that the government's motion is GRANTED. It is further ORDERED that the sentencing shall be held at 9:00 a.m., on June 11, 2002.

DONE and ORDERED in Chambers at Miami, Florida, this 2nd day of April, 2002.

                                                          _____
                                                          PATRICIA A. SEITZ
                                                          UNITED STATES DISTRICT JUDGE

cc: AUSA J. Brian McCormick
    AUSA Diana L.W. Fernandez
    Michael Tarre, Esq.
    U.S. Probation