```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                           MIAMI DIVISION
```

FILED by D.C.
APR 16 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

```
UNITED STATES OF AMERICA,      .  CASE 00-6309CR-SEITZ
                               .
        PLAINTIFF,              .  MIAMI, FLORIDA
                               .  JULY 23, 2001
        v.                     .
                               .
JOHN MAMONE, FRED              .
MORGENSTERN, DAVID             .
MORGENSTERN, JOSEPH            .
SILVESTRI, JULIUS BRUCE        .
CHIUSANO, MICHAEL BUCCINNA,    .
JEFFREY BASS, FREDERICK        .
SCAROLA, GIUSEPPE              .
BELLITTO, MARK CARATTINI,      .
PAUL DIFILIPPI, ANSON          .
KLINGER, JOSEPH                .
SPITALERI, CHARLES CLAY,       .
PEGGY PRESTON, MARK WEISS,     .
JACOLYN BARUCH,                .
and DAVID BELL,                .
                               .
        DEFENDANTS.             .
                               .
. . . . . . . . . . . . . . . .
```

TRANSCRIPT OF CHANGE OF PLEA PROCEEDINGS HAD

BEFORE THE HONORABLE WILLIAM M. HOEVELER,

UNITED STATES DISTRICT JUDGE.

- - - -

PAGES 1 THROUGH 11

- - - -

Original 953 H.H