RECEIVED & FILED IN OPEN COURT
ON 6/11/02 AT
Miami , FLA.
Clarence Maddox, Clerk
United States District Court
Southern District of Florida

FILED by ___ D.C.
JUN 1 1 2002
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ(S)(S)

UNITED STATES OF AMERICA,

          Plaintiff,

v.

JEFFREY BASS,

          Defendant.
_____/

**GOVERNMENT'S MOTION FOR REDUCTION OF SENTENCE PURSUANT TO U.S.S.G. § 5K1.1**

    The United States of America, by and through the undersigned Assistant United States Attorney, pursuant to U.S.S.G. §5K1.1 respectfully requests that the Court depart from the Sentencing Guidelines based upon the following:

    The defendant has provided substantial assistance in the investigation of other persons who have committed violations of federal law.

The government respectfully requests the opportunity to fully inform the Court, at time of sentencing, as to the substance of the defendant's cooperation with the government.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
J. BRIAN McCORMICK
ASSISTANT UNITED STATES ATTORNEY
Court I.D. #A5500084
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33394
Telephone:  (954) 356-7392
Facsimile:  (954) 356-7230


By: _____
DIANA L.W. FERNANDEZ
ASSISTANT UNITED STATES ATTORNEY
Court I.D. #A5500017
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33394
Telephone:  (954) 356-7392
Facsimile:  (954) 356-7230