CRIMINAL SENTENCING MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ

FILED by ___ D.C.
JUN 13 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Case No. 00-6309-Cr    Date 6/11/02
Clerk L. Webb           Reporter D. Ehrlich
USPO R. Garcia          Interpreter ____
USPTS ____

AUSA B. McCormick       Def. Atty. Michael Tarre

United States of America v. Jeffrey Bass

Defendant(s): Present X    Not Present ____    In Custody No
Sentence 4 years as to Count 2 of Probation.
Supervised Release ____
Special Conditions of SR (1) after 3 years will consider early term of prob and all cond. met (2) Association restriction organized crime (3) mental health trmt (4) financial disclosure (5) 300 hours comm. service (6) gambler's anon. weekly under direction of USPO
Fine $ 10,000.00 installments   Special Assessment $ 100.00
Advised of right to appeal Yes    during prob.
Recommendations to BOP ____

Misc. 5K motion granted.
Remaining counts dismissed.

1051