UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
APPEAL
JUN 1 9 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES OF AMERICA           Case No. 00-6309-CR-PAS

   v.                              MIAMI, FLORIDA
                               June 11, 2002
                               VOLUME I
                               PAGES 1 TO 27
JEFFREY BASS


SENTENCE HEARING
BEFORE THE HON. PATRICIA A. SEITZ, J.
UNITED STATES DISTRICT JUDGE


APPEARANCES:

FOR THE GOVERNMENT:

                BRIAN MC CORMICK, ESQ.
                Assistant United States Attorney
                500 E. Broward Boulevard, 7th Floor
                Ft. Lauderdale, FL 33394-3002

FOR THE DEFENDANT:

                MICHAEL TARRE, ESQ.
                Two South Biscayne Boulevard, Suite 328
                Miami, FL 33131


REPORTED BY:     DAVID S. EHRLICH, RPR
                Official Court Reporter
                301 N. Miami, Room 504
                Miami, Florida 33128-7788
                (305) 523-5537


Proceedings recorded by mechanical stenography,
transcript produced by computer-aided transcription(CAT).

DAVID S. EHRLICH - OFFICIAL COURT REPORTER