00-6309-CR-PAS

No further action required by
the U.S. Marshals Service.

EDWARD S TRIBBS
~~JAMES A. TASSONE~~
ENTERED UNITED STATES MARSHAL

SDUSM  ED PURCHASE

1070
PD

# United States District Court
## Southern District of Florida
### MIAMI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE<br>(For Offenses Committed On or After November 1, 1987) |
| v. | Case Number: 00-6309-CR-SEITZ/007 |
| JEFFREY BASS | Counsel For Defendant: Michael Tarre, Esq.<br>Counsel For The United States: Brian McCormick, AUSA<br>Court Reporter: David Ehrlich |

FILED by _____ D.C.

JUN 14 2002

CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA.

The defendant pleaded guilty to Count Two of the Indictment.
ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| TITLE/SECTION NUMBER | NATURE OF OFFENSE | DATE OFFENSE CONCLUDED | COUNT |
|---|---|---|---|
| 18 U.S.C. 1955 | Conducting an illegal gambling business | October 2000 | Two |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Counts remaining as to this Defendant are dismissed on the motion of the United States.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No. 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
Defendant's Date of Birth: 4/20/1954
Deft's U.S. Marshal No.: 55528-004

Defendant's Mailing Address:
3101 S.W. 187th Terrace
Miramar, FL 33021

Defendant's Residence Address:
3101 S.W. 187th Terrace
Miramar, FL 33021

Date of Imposition of Sentence:
June 11, 2002

_____
PATRICIA A. SEITZ
United States District Judge

June _13_, 2002

Certified to be a true and
correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 6/14/02