PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 65982



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6309-CR-SEITZ

### Request for Modifying the Conditions with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender:   **Jeffrey Bass**

Name of Sentencing Judicial Officer:   The Honorable Patricia A. Seitz, Judge
U.S. District Court, Miami

Date of Original Sentence:   June 11, 2002

Original Offense:   Conducting an Illegal Gambling Business, in violation of Title 18 U.S.C. §1955, a Class "D" Felony.

Original Sentence:   Four (4) years probation. Special conditions: 1) Defendant shall participate in mental health treatment as directed by the U.S. Probation Officer; 2) Defendant shall perform 300 hours of community service; 3) Complete financial disclosure; 4) Defendant is prohibited from associating or visiting places or groups such as organized crime figures, documented members of organized crime families, terrorists, members of organizations advocating violence, or motorcycle gang members are known to be or frequent; 6) Attend weekly Gambler's Anonymous meetings; and 7) $10,000 fine.

Type of Supervision:   Probation            Date Supervision Commenced: June 11, 2002

## PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows:

"The defendant is prohibited from any form of gambling, legal or illegal, or through third parties or nominees. Furthermore, you are not to frequent places where gambling of any type, legal or illegal is conducted."

PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 65982

The Honorable Patricia A. Seitz, Judge  
Request for Modifying the Conditions With Consent of the Offender  
Page 2

Name of Offender:   Jeffrey Bass

CASE NO. 00-6309-CR-SEITZ

# CAUSE

On August 9, 2002, during a routine office visit, this officer discovered a $4,000 check in Mr. Bass' possession. At that time, I questioned him as to where the check was from. He indicated that he had a gambling account with a business in Costa Rica and that he had made 5 to 6 bets on baseball in July of 2002. Mr. Bass was instructed to close the account, and to cease gambling of any kind. Based on Mr. Bass' admission, this officer is requesting that his probation be modified to include the above mentioned special condition. Mr. Bass has agreed to the proposed modification and signed the appropriate waiver (see attached).

If Your Honor is in agreement with this proposed modification, please indicate below. If Your Honor feels another course of action is warranted, please advise.

Respectfully submitted,

by Anthony F. Gagliardi  
U.S. Probation Officer  
Phone: (954) 769-5510  
Date:  August 30, 2002

Reviewed by: Carolyn M. Gamble, Supervising U.S. Probation Officer

## THE COURT ORDERS:

[ ] No Action  
[ ] The Extension of Supervision as Noted Above  
[X] The Modification of Conditions as Noted Above  
[ ] Submit a Request for _ Warrant or _ Summons

Signature of Judicial Officer

9-6-02

Date