UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

JEFFREY BASS,

_____/



FILED by _____ D.C.

JAN 1 2 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

ORDER DENYING MOTION FOR
EARLY TERMINATION

This matter came before the Court on Defendant's Motion for Early Termination of Probation or, in the Alternative, to Convert the Remainder of His Probation to Non-Reporting. The court having considered the motion and being otherwise fully advised, it is

ORDERED that Defendant's Motion is DENIED.

DONE AND ORDERED in Miami, Florida, this 12th day of January, 2004.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Brian McCormick, AUSA
Diana Fernandez, AUSA
Michael Tarre, Esq.
Terry Levix, USPO

