PROB 12C  
(SD/FL 9/96)

SD/FL PACTS No. 65982

BASS, Jeffrey

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. <u>00-6309-CR-SEITZ</u>



### PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender: Jeffrey Bass

Name of Sentencing Judicial Officer: Patricia A. Seitz

Date of Original Sentence: June 11, 2002

Original Offense:   Conducting an Illegal Gambling Business, 18 U.S.C. 1955

Original Sentence:   Four (4) years probation with special conditions and a $10,000.00 fine. The defendant shall participate in an approved inpatient/outpatient mental health treatment program, as directed by the U.S. Probation Office. The defendant will contribute to the costs of services rendered (co-payment) in an amount determined by the U.S. Probation Officer, based on ability to pay, or availability of third party payment. The defendant shall perform 300 hours of community service over the period of supervision, as directed by the United States Probation Officer. The defendant shall provide complete access to financial information, including disclosure of all business and personal finances, to the U.S. Probation Officer. The defendant is prohibited from associating with or visiting specific places or groups, such as organized crime figures, documented members of organized crime families, terrorists, members of organizations advocating violence, or motorcycle gang members. The defendant shall attend gambler's anonymous weekly under the direction of the United States Probation Office. The Court stipulated that after three years of exemplary performance and completion of all terms of probation, the Court will consider terminating probation. On September 6, 2002, the Court modified the probationer's conditions of supervision. The defendant is prohibited from any form of gambling, legal or illegal, or through third parties or nominees. Further, the defendant is not to frequent places where gambling of any type, legal or illegal is conducted.

Type of Supervision: Probation            Date Supervision Commenced: June 11, 2002

---

### PETITIONING THE COURT

[ ]    To issue a warrant  
[X]    To issue a summons

PROB 12C  
(SD/FL 9/96)

SD/FL PACTS No. 65982

**BASS, Jeffrey**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Standard Condition,** by failing to submit a truthful and complete written monthly report. The defendant's monthly supervision reports for January 2003 through May 2003 do not report any winnings at casinos, when in fact, evidence based on his 2003 Federal Income Tax Certain Gambling Winnings indicate this to be false. |
| 2. | **Violation of Special Condition,** by failing to abstain from gambling, legal or illegal or through third parties or nominees. As evidenced in the 2003 IRS forms for gambling winnings the defendant failed to refrain from visiting places where gambling of any type legal or illegal is conducted. |
| 3. | **Violation of Special Condition,** by failing to abstain from gambling, legal or illegal or through third parties or nominees. By the defendant's own admission, in 2004, he gambled at casinos on at least two separate occasions. In doing so, the defendant failed to refrain from visiting places where gambling of any type legal or illegal is conducted. |

U.S. Probation Officer Recommendation:

[X]   The term of supervision should be  
[]    revoked.  
[]    extended for _ years, for a total term of _ years.

[]    The conditions of supervision should be modified as follows:

Respectfully submitted,

by   *Karen Howard*

Karen Howard  
U.S. Probation Officer  
Phone: (954) 769-5579  
Date: February 28, 2005

PROB 12C                                                              SD/FL PACTS No. 65982
(SD/FL 9/96)

**BASS, Jeffrey**

---

THE COURT ORDERS:

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Submit a Request for Modifying the Conditions or Term of Supervision

_____
Signature of Judicial Officer

3/8/05
_____
Date