UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

JEFFREY BASS,

_____/

## ORDER RESETTING FINAL REVOCATION HEARING

This matter is set for Final Revocation Hearing before the undersigned on **April 27, 2005, at 10:00 a.m.**

DONE AND ORDERED in Miami, Florida this 6th day of April, 2005.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Brian McCormick, AUSA
Michael Tarre, Esq.
Karen Howard, USPO