CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ


FILED by _____ D.C.
APR 2 8 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Case No. 00-6309-Cr          Date 4/27/05
Clerk Linda Webb             Reporter David Ehrlich
USPO Karen Howard            Interpreter ---
USPTS _____

AUSA Michael Ditto for Brian McCormick
Def. Atty. Michael Tarre

USA v. Jeffrey Bass

Defendant(s): Present X    Not Present _____    In Custody No
Reason for Hearing Final revocation - probation

Results of Hearing Deft sworn, deft admits all violations; probation revoked; To BOP - time served one day ~~Spec Cond~~: 5 months restricted liberty (1) Home confinement for May, June, Aug & Sept (2) halfway house for July; SR for 2 years (3) no gambling (4) mental health trmt prog (5) no assoc w/ organized crime Misc (6) attend gamblers anonymous at least 5x a week; all other conditions apply. Advised of right to appeal.

1575/lw