PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 65982

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.

JUN 6 2005

CLARENCE MADDOX  
CLERK U.S. DIST. CT.  
S.D. OF FLA. - MIAMI

### CASE NO. <u>00-6309-CR-SEITZ/007</u>

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Jeffrey Bass

Name of Sentencing Judicial Officer: The Honorable Patricia A. Seitz, Judge, U.S. District Court, Miami, Florida

Date of Original Sentence: June 11, 2002

Original Offense: Conducting an Illegal Gambling Business, 18 U.S.C. §1955

Original Sentence: Four (4) years probation. The following special conditions were imposed: Mental health/substance abuse treatment, 300 hours of community service, financial disclosure, the defendant is prohibited from associating with or visiting specific places or groups, such as organized crime figures, documented members or organized crime families, terrorists, members of organizations advocating violence, or motorcycle gang members are known to be or frequent, after three years of exemplary performance and completion of all terms of probation, the court will consider terminating probation and the defendant shall attend gambler's anonymous weekly under the direction of the U.S. Probation.

April 27, 2005, probation revoked and sentenced to one (1) day time served, followed by two (2) years supervised release. As special conditions, the court ordered the following: Participation in the Home Detention Electronic Monitoring Program for the months of May, June, August and September, 2005, the defendant shall reside at and participate in the Community Corrections Center for the month of July, 2005, the defendant is prohibited from any form of gambling, legal or illegal, or through third parties or nominees, the defendant is not to frequent any places where gambling of any type, legal or illegal is conducted, the defendant shall participate in an approved inpatient/outpatient mental health treatment program as directed by the probation office, the defendant is prohibited from associating with or visiting specific places where individuals or groups, such as organized crime figures, documented members of organized crime families, terrorists, or members of organizations advocating violence are known to frequent, attend gambling anonymous at least three times per week, under the direction of the Probation Office, the defendant shall provide complete access to financial information, including disclosure of all business and personal finances, to the U.S. Probation Officer.

Type of Supervision: Supervised Release          Date Supervision Commenced: April 27, 2005

PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 65982

## PETITIONING THE COURT

[ ]   To extend the term of supervision for __ years, for a total term of __ years.  
[X]   To modify the conditions of supervision as follows:

**"The defendant shall attend gambling anonymous as directed by the Probation Office."**

## CAUSE

Your Honor, Mr. Bass has actively participated in mental health treatment services with Susan Leitner of Psychiatric Associates. This officer has verified that the defendant is making excellent progress in treatment and he has consistently participated in gambling anonymous as required. However, at this juncture, he is the owner of a major roofing company and is now required to obtain certification from the State of Florida Department of Professional Regulations. Mr. Bass is seeking relief from his gambling anonymous classes so that he can participate in classes that will prepare him for the roofing certification. This officer is specifically requesting the court's permission to reduce the gambling anonymous classes to once per week until he completes the classes and obtain certification. Ms. Leitner supports this recommendation as long as he completes the classes in a reasonable time frame. Should the offender fails to do so, he will be required to attend gambling anonymous classes three times per week as originally imposed. This officer has confirmed with Mr. Bass's primary Probation Officer that he is in compliance with all other aspects of his supervision.

Respectfully submitted,

by Karen G. Anderson  
U.S. Probation Officer  
Phone: (954)769-5575  
Date: May 24, 2006

THE COURT ORDERS:

[ ]   No Action  
[ ]   The Extension of Supervision as Noted Above  
[X]   The Modification of Conditions as Noted Above *reduce gambling anonymous classes to one a week until completion of roofing certification course in a reasonable time frame*  
[ ]   Submit a Request for __ Warrant or __ Summons

Signature of Judicial Officer

6/6/06  
Date